**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Vita-Mix Corp.,** | ) | **CASE NO. 1:06 CV 2622** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Basic Holdings, Inc.,** *et al.*, | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

The Court, having granted defendant Focus Products Group, LLC's motion for summary judgment on all claims (Doc. 126), having granted defendants' motion for summary judgment of no patent infringement (Doc. 90), having denied plaintiff's cross-motion for summary judgment of patent infringement (Doc. 112), having granted plaintiff's motion for summary judgment that Claim 1 of U.S. Patent No. 5,302,021 is not invalid (Doc. 125), having denied defendants' motion for summary judgment that Claim 1 is invalid (Doc. 116), having granted plaintiff's motion for summary judgment of no inequitable conduct (Doc. 123), having granted plaintiff's motion for summary judgment of, *inter alia*, patent misuse (Doc. 119), having granted plaintiff's motion for summary judgment of no deceptive trade practices (Doc. 121), and having granted

1

defendants' motion for summary judgment of no trademark infringement (Doc. 118), hereby enters judgment in favor of defendants on Counts One, Two, Three and Four of plaintiff's first Amended Complaint and hereby enters judgment in favor of plaintiff on defendants' First, Second, Third and Fourth Counterclaims.

    IT IS SO ORDERED.

                        /s/ Patricia A. Gaughan
                        PATRICIA A. GAUGHAN
                        United States District Judge

Dated: 7/1/08